1    JAMES F. MCCABE (CA SBN 104686)          RUDOLPH J. ALEJO (CA SBN 284302)
     JMcCabe@mofo.com                         LAW OFFICE OF RUDOLPH J. ALEJO
2    ANGELA E. KLEINE (CA SBN 255643)         Rudolph.AlejoEsq@gmail.com
     AKleine@mofo.com                         1448 San Pablo Avenue
3    BEN PATTERSON (CA SBN 268696)            Berkeley, CA 94702
     BPatterson@mofo.com                      Telephone:    510.842.5356
4    MORRISON & FOERSTER LLP                  Facsimile:    510.527.5812
     425 Market Street
5    San Francisco, CA 94105                  Attorney for Plaintiff
     Telephone:    415.268.7000               LEON ROE
6    Facsimile:    415.268.7522

7    Attorneys for Defendant
     LEXISNEXIS RISK SOLUTIONS INC.
8

9

10                       UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12

13   LEON ROE, an individual,                 Case No.  3:14-cv-03737-JCS

14                   Plaintiff,                **STIPULATION TO ENLARGE
                                               TIME TO RESPOND TO
15          v.                                 COMPLAINT**

16   LEXISNEXIS RISK SOLUTIONS, a corporation
     doing business in California, and DOES 1-10,
17   inclusive,

18                   Defendant.

19

20

21

22

23

24

25

26

27

28

1        Pursuant to Civil Local Rule 6-1(a), the parties, by and through undersigned counsel,

2   hereby stipulate to enlarge the time by which Defendant LexisNexis Risk Solutions Inc. must

3   respond to the complaint in this matter:

4        1.     Plaintiff filed this case on July 15, 2014, in the Superior Court of the State of

5   California for the County of Alameda.  (Docket No. 1-1.)  Defendant removed the case to this

6   Court on August 18, 2014, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.  (Docket No. 1.)

7        2.     Pursuant to Federal Rule of Civil Procedure 81(c)(2), Defendant's deadline to

8   respond to the complaint following removal is currently August 25, 2014.  *See* Fed. R. Civ.

9   P. 81(c)(2).

10       3.     The parties hereby stipulate that Defendant's deadline to respond to the complaint

11  in this matter (by answer, motion to dismiss, or otherwise) be extended by 30 days, to until

12  September 24, 2014.

13       **IT IS SO STIPULATED.**

14

15  Dated:  August 22, 2014          JAMES F. MCCABE

16                             ANGELA E. KLEINE
                               BEN PATTERSON

17                             MORRISON & FOERSTER LLP

18

19                       By:  /s/ Angela E. Kleine
                               ANGELA E. KLEINE

20

21                       Attorneys for Defendant
                         LEXISNEXIS RISK SOLUTIONS INC.

22  Dated:  August 22, 2014          RUDOLPH J. ALEJO

23                       LAW OFFICE OF RUDOLPH J. ALEJO

24  Dated: 8/25/14

25                       By:  /s/ Rudolph J. Alejo
                               RUDOLPH J. ALEJO

26

27                       Attorney for Plaintiff
                         LEON ROE

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero

STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT
CASE NO.  3:14-cv-03737-JCS

1

1

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

2      I, Angela E. Kleine, am the ECF User whose ID and password are being used to file this

3  document.  I hereby attest that Rudolph J. Alejo concurs in this filing.

4

5  Dated:  August 22, 2014                    /s/ Angela E. Kleine
                                          ANGELA E. KLEINE
6

7

8

9

10

11

12  sf-3449252

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28