SEYFARTH SHAW LLP
G. Daniel Newland (SBN 87965)
dnewland@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Frederick T. Smith (*pro hac vice* application to be submitted)
*fsmith@seyfarth.com*
Megan H. Poonolly (*pro hac vice* application to be submitted)
*mpoonolly@seyfarth.com*
1075 Peachtree Street N.E., Suite 2500
Atlanta, Georgia 30309-3962
Telephone: (404) 888-1021
Facsimile: (404) 724-1521

Attorneys for Defendant
FIRST ADVANTAGE LNS BACKGROUND
SCREENING SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON ROE, an individual,<br><br>                    Plaintiff,<br><br>    v.<br><br>LEXISNEXIS RISK SOLUTIONS, a corporation doing business in California; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 3:14-CV-03737<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Date Action Filed:   August 18, 2014<br><br>[Civil Local Rule 6-1(a)] |

PURSUANT TO LOCAL RULE 6-1(a), IT IS HEREBY ACKNOWLEDGED, AGREED AND STIPULATED by and between Plaintiff Leon Roe ("Plaintiff") and Defendant First Advantage LNS Screening Solutions, Inc. ("First Advantage"), to the following:

STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
17791661v.1

1  The Parties, by and through their respective counsel, hereby stipulate to extend the time for
2  First Advantage to answer or otherwise respond to Plaintiff's Complaint by thirty (30) days, until and
3  including September 24, 2014.  First Advantage requests the additional time to complete their
4  investigation and prepare their response.  There are no status conferences or hearings scheduled that
5  will be affected by this stipulation.  This stipulation is made in good faith and not for the purpose of
6  causing unwarranted delay.

DATED: August 22, 2014                     Respectfully submitted,

LAW OFFICE OF RUDOLPH J. ALEJO

By:/s Rudolph J. Alejo
    Rudolph J. Alejo, Esq.
    Attorney for Plaintiff
    Leon Roe

SEYFARTH SHAW LLP

By:/s G. Daniel Newland
    G. Daniel Newland
    Attorney for Defendant
    FIRST ADVANTAGE LNS SCREENING
    SOLUTIONS, INC.

Dated: 8/25/14

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, G. Daniel Newland, am the ECF User whose ID and Password are being used to file this document. I hereby attest that Rudolph J. Alejo concurs in this filing.

Dated: August 22, 2014                                    /s/ G. Daniel Newland
                                                                          G. Daniel Newland