1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8     LEON ROE,                                    No. 3:14-cv-03737 EDL

9              Plaintiff,                           **ORDER**

10       v.

11    LEXISNEXIS RISK SOLUTIONS, INC.,
      et al.,
12
               Defendants.
13    _____/

14

15       TO ALL PARTIES AND COUNSEL OF RECORD:

16       You are hereby notified that a case management conference is scheduled for October 21,

2014, at 3:00 p.m., in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San

17  Francisco, California 94102.  A joint case management statement must be filed no later than October

18  14, 2014.

19       **IT IS SO ORDERED.**

20

21

22  Dated: September 29, 2014              _____
                                          ELIZABETH D. LAPORTE
23                                        United States Chief Magistrate Judge

24

25

26

27

28