United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    LEON ROE,                              Case No.  14-cv-03737-EDL
              Plaintiff,
8
          v.                               **ORDER OF CONDITIONAL
9                                          DISMISSAL**
     FIRST ADVANTAGE LNS SCREENING
10   SOLUTIONS, INC.,                      Re: Dkt. No. 63
11            Defendant.
12
13       The Court having been advised that the parties have agreed to a settlement of this cause,

14       IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to

15   reinstate on or before December 1, 2015 for the purpose of proceeding with the litigation in the

16   event a settlement has not been completed prior to that date.  In the event a request to reinstate the

17   case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will

18   be with prejudice.

19       **IT IS SO ORDERED.**

20   Dated:  October 6, 2015

21   _____
22   ELIZABETH D. LAPORTE
     United States Magistrate Judge
23
24
25
26
27
28